IN THE UNITED STATES DISTRICT COURT FOR **FILED**

THE WESTERN DISTRICT OF OKLAHOMA    MAY 0 1 2013

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____*Ule*_____ DEPUTY

| | | |
|---|---|---|
| TRACIE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-13-348-W |
| | ) | |
| WALTER M. BOWER et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 11, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter and recommended that the Court deny the Application to Proceed in District Court Without Prepaying Fees or Costs filed by Tracie Williams. Magistrate Judge Purcell also recommended that this action be dismissed if Williams did not pay the filing fee of $350.00 in the full amount by May 1, 2013. Although Williams had the right to object to the Report and Recommendation, she paid the filing fee in its entirety[1] on April 17, 2013. See Doc. 5.

Upon review of the record, the Court concurs with Magistrate Judge Purcell's finding that Williams has sufficient financial resources to pay the filing fee and his suggested disposition of Williams' request to proceed in forma pauperis.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 3] issued on April 11, 2013; and

(2) DENIES Williams' Application to Proceed in District Court Without Prepaying

---

[1]Effective May 1, 2013, the fee for filing a new civil case in federal court increased to $400.00 ($350.00 filing fee + $50.00 administrative fee).

Fees or Costs [Doc. 2] filed on April 10, 2013.

ENTERED this _1st_ day of May, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE